*(handwritten, left margin, vertical):* Judgment marked satisfied and entered into money Judgment book. J. Michael McMahon, Clerk by: Lorraine Lombardo, Deputy clerk

*(handwritten, bottom left):* 4-·-09

LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**ORIGINAL**

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                                Plaintiff,

                - v. -

DONALD ROTH,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

SATISFACTION OF JUDGMENT

02 CR 1503-06 (SCR)

JUDGMENT #: 05,0137 WP

LIEN #: 2005 350

         Satisfaction is acknowledged between United States of America, plaintiff, and Donald Roth, defendant, for the fine in the amount of $10,000.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $10,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 5th day of May 2005.

                                       LEV L. DASSIN
                                       Acting United States Attorney for the
                                       Southern District of New York

                        By: _____
                           KATHLEEN A. ZEBROWSKI
                           Assistant United States Attorney

STATE OF NEW YORK)
                     ss:
COUNTY OF NEW YORK)

         On the 2nd day of April 2009, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. ...
Qualified in ... County
Commission Expires May 3, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____