MEMO ENDORSED



CHRIS'S (7)

03/30/09

Dear Judge Robinson,

I write in regard to my criminal matter. I have come into substantial, relevant and material information, unrelated to my criminal matter, which would be of substantial assistance to the Government, in but not limited to, the following states, New York, Illinois, Washington, D.C. The information relates to criminal fraud with respect to General Services Administration (GSA), Womans Minority Owned Business, income tax (corporate/personal), wire, bank, mail fraud, fraud against DOD/DOS, unemployment insurance fraud, and many other federal criminal acts, and various state criminal acts. The losses are, in my opinion, in excess of $5,000,000.00, and are ongoing since 1995 to today. I have access to substantial, relevant, and material documentary evidence such as emails, company documents, price lists, contracts, voicemails, etc.

I respectfully request that the Court appoint me Counsel and advise the US Attorney and FBI, perhaps out of Erie PA, for an initial meeting, to visit me at FCI McKean. I will be happy to discuss all matters. I spoke to Mr. Aronwald about this matter.

Respectfully,

/s/

Donald Roth, #83953054
P.O. Box #8000
FCI McKean
Bradford, PA 16701

CC: Bill Aronwald, Esq., US Attorney, White Plains, NY.

APPLICATION DENIED
/s/ Stephen C. Robinson
HON. STEPHEN C. ROBINSON
9/4/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: