September 30, 2009

**BY US MAIL**
United States District Court
Hon. Stephen Robinson
Southern District of New York
300 Quarropas Street
White Plains, NY 10601



R.E. United States v. Donald Roth, 7:02-cr-1503-CM-6

Dear Judge Robinson,

1. Please treat this letter as a Motion to properly and timely docket onto the above-named matter.
2. Docket Entry #213 (09/04/09) was submitted to the Court UNDER SEAL because of the potential harm which could come my way if it became public information. Also, it was not related to the above-named criminal matter in any way and did not reference that matter in any way. Please Order that the letter and docket entry become Under Seal immediately.
3. I am unclear if you or Judge McMahon are handling my case since I have received mailings from her chambers but see docket entries made by Orders signed by you. Please advise.
4. I mailed the enclosed September 19, 2009 letter a 3rd time September 25 and have not receievd a reply. My deadline to submit my 28 U.S.C. 2255 is Ocotber 14, 2009. Please reply to that letter.
5. Please file this letter **UNDER SEAL** because it relates to non-dispostive issues, some unrelated to this matter, which could place me in harms way, in prison, should someone order my docket sheet. Please Order that this letter be filed and docketed under seal.

Very truly yours,

FCI SANDSTONE
DONALD ROTH 83933054 K1
POB 1000
SANDSTONE, MN 55072

Encl

APPLICATION DENIED
Stephen C. Robinson
HON. STEPHEN C. ROBINSON
10/26/09