

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 21, 2010

BY HAND
Honorable Lisa Margaret Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **Donald Roth v. United States**
             **09 Civ. 8712, S7 02 Cr. 1503 (SCR) (LMS)**

Dear Judge Smith:

    The Government respectfully requests a 60 day adjournment, until September 27, 2010, of the date on which the Government's response to the above-referenced petitioner's petition for habeas corpus is due.

    On February 12, 2004, the petitioner was convicted of conspiracy to commit witness tampering and obstruction of justice, and on April 15, 2005, the District Court sentenced the petitioner to five years' imprisonment. On February 22, 2008, the Second Circuit Court of Appeals affirmed the petitioner's conviction by summary order. On June 3, 2008, the District Court denied the petitioner's motion for a new trial, and the petitioner thereafter began serving his prison sentence.

    As the Court is aware, following a series of motions and other submissions from the petitioner, within which the petitioner listed 21 claimed grounds for habeas relief, on April 5, 2010, the Court denied the petitioner's motions, and ordered that the petitioner had 45 days from the receipt of the Court's order to file his Memorandum of Law, and that the Government would have 60 days from the filing of the petitioner's Memorandum of Law to respond. On May 28, 2010, the Government received a Memorandum of Law from the Petitioner, in which the petitioner asserts one claimed ground for relief.[1] The petitioner argues, among other things, that the Government acted in bad faith and knowingly elicited perjurious testimony during the

---

    [1]    The petitioner's Memorandum of Law was docketed in the above-referenced criminal matter (02 Cr. 1503, docket #229), but not the civil matter (09 Civ. 8712).

[Handwritten in left margin: Deemed letter motion. Govt's motion via motion granted – so ordered. LMS 7/27/10]

Honorable Lisa Margaret Smith
July 21, 2010
Page 2

petitioner's trial. The Government's response to the Memorandum of Law is due on or before July 27, 2010.

      Before receipt of the petitioner's Memorandum of Law, I obtained and began reviewing portions of the record in the case, including transcripts of the two-and-a-half month trial, post-trial proceedings, sentencing, and the appeal. Since the receipt of the petitioner's Memorandum of Law, I have continued to review the voluminous record, and have spoken to individuals concerning their respective knowledge of the subject matter of the petitioner's allegations. However, because of the press of other matters and the volume of the record, I have not yet completed the Government's response and will not be able to do so by July 27, 2010. Thus, I respectfully request a 60 day adjournment, until September 27, 2010, to allow time to complete the Government's response.

      Thank you for your consideration.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney for the
      Southern District of New York

By: _____
      Benjamin Allee
      Assistant United States Attorney
      Tel.: (914) 993-1962

cc:    Donald Roth
      83933-054 K1
      FCI Sandstone
      P.O. Box 1000
      Sandstone, MN 55072
      (by mail)