# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -   - - - - - - - - - - - - - x

- -

UNITED STATES OF AMERICA,         :

                                  :

        - v. -                    :

                                  :

DONALD ROTH,                      : 09 Civ. 8712,

                                  : S7 02 Cr. 1503 (SCR) (LMS)

        Defendant                 :

                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

-- 

STATE OF NEW YORK              )
COUNTY OF WESTCHESTER          :   ss.:
SOUTHERN DISTRICT OF NEW YORK  )

ANDREW BOSS, pursuant to Title 28, United States Code, Section 1746, hereby declares:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), and have been so employed for 12 years.  I was the Special Agent primarily responsible for handling Charles "Flip" Melvin, a confidential informant, and regularly worked with Melvin, including in 2002 and 2003.  During that time, ATF made subsistence payments to Melvin, which were for various living and relocation expenses.  These payments were made prior to Melvin's testifying during the trial in United States v. David St. John and Donald Roth, S7 02 Cr. 1503 (SCR).

2.      After Melvin testified in the trial of Donald Roth and David St. John, on or about February 1, 2004, I obtained authorization for the disbursement of $5,000 to Melvin by ATF.  I did so because Melvin had completed his cooperation with ATF, and his cooperation had been significant and useful and had led to the successful

prosecution of numerous individuals, and was undertaken at a risk to Melvin's safety.

ATF made the payment of $5,000 to Melvin on or about February 21, 2004.   ATF

records of the request for payment and the payment are attached to this Affirmation as

Exhibit 1

        3.     I was present for proffer sessions, debriefings, and trial preparation

sessions of Charles "Flip" Melvin in 2002 and 2003.   During these meetings, there was

no discussion of any payment to Melvin following his testimony.   I did not discuss with

Melvin the $5,000 payment until after Melvin testified.

        I declare under penalty of perjury that the foregoing is true and correct,

pursuant to Title 28, United States Code, Section 1746.

Dated:      November 29, 2010
            White Plains, New York

                              ANDREW BOSS
                              Special Agent
                              Bureau of Alcohol, Tobacco, Firearms &
                              Explosives

# EXHIBIT 1

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REQUEST FOR ADVANCE OF FUNDS**
(For Investigative Purposes)

INVESTIGATION NUMBER ▮▮▮▮▮▮

(A,F)

TO:  AGENT CASHIER
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
New York                          , FIELD DIVISION

SUB-VOUCHER NUMBER ▮▮▮▮▮▮

## PART I – GENERAL INFORMATION

SUSPECT'S NAME AND ADDRESS *(Street, city, State and ZIP Code)*

▮▮▮▮▮▮   *FILE COPY*

| FUNDS ARE REQUESTED DIRECTLY FROM (Check one) | ☒ | SUBCASHIER |
|---|---|---|
| | ☐ | HQ CASHIER *(Chief)* |

### FUNDS INTENDED USE

| | FIREARMS TITLE I/TITLE II | | ARSON/EXPLOSIVES | | INFORMANT/ INVESTIGATIVE | | CONTROLLED SUBSTANCE |
|---|---|---|---|---|---|---|---|
| ☐ | SILENCERS | ☐ | ARSON | ☐ | INVESTIGATIVE EXPENSE | ☐ | HEROIN |
| ☐ | MACHINEGUNS | ☐ | HIGH EXPLOSIVES | ☐ | PURCHASE INFORMATION | ☐ | COCAINE |
| ☐ | STOLEN FIREARMS | ☐ | LOW EXPLOSIVES | ☒ | INFORMANT SUBSISTENCE | ☐ | CRACK COCAINE |
| ☐ | RIFLES/SHOTGUNS | ☐ | BLASTING AGENTS | ☐ | NRT SUPPORT | ☐ | MARIJUANA |
| ☐ | PISTOLS/REVOLVERS | ☐ | DESTRUCTIVE DEVICE | ☐ | PEN REGISTER | ☐ | METHAMPHETAMINE |
| ☐ | SHORT BARREL FIREARMS | ☐ | ILLEGAL EXPLOSIVE DEVICE | ☐ | TITLE III | ☐ | ALCOHOL/TOBACCO |
| ☐ | OTHER *(Explain)* | ☐ | OTHER *(Explain)* | ☒ | OTHER *(Explain)* | ☐ | OTHER *(Explain)* |

EXPLAIN/JUSTIFICATION
Agent Cashier Funds in the amount of $5,000 is requested to pay ATF CI-108 rerward.  Areward was requested by S/A Boss and approved by the New York Field Division.

## PART II – SUB CASHIER FUNDS REQUEST AND APPROVAL

In connection with the above investigation, I request that an advance of funds, in the sum of $ 5,000       be issued to me by the sub cashier to be used for confidential expenditures, the purchase of information, and/or the purchase of evidence.

| SPECIAL AGENT Andrew N. Boss | DATE 02/20/04 | TOTAL FUNDS EXPENDED IN THE CASE TO DATE $ 2582.72 | |
|---|---|---|---|
| GROUP SUPERVISOR OR RESIDENT AGENT IN CHARGE John Mckenna | DATE 02/20/04 | AMOUNT APPROVED *(Write out)* Five Thousand Dollars | $ 5,000 |

## PART III – DISBURSEMENT/RECEIPT OF FUNDS

| SUB CASHIER OR ALTERNATIVE John McKenna | DATE 02/20/04 | AMOUNT DISBURSED *(Write out)* Five Thousand Dollars | $ 5,000 |
|---|---|---|---|
| SPECIAL AGENT Andrew N. Boss | DATE 02/20/04 | AMOUNT RECEIVED *(Write out)* Five Thousand | $ 5,000 |

## PART IV – RETURN OF FUNDS AN/OR EXPENDITURE

| RECEIPT OF FUNDS *(Signature of sub cashier/alternate)* | DATE 02/21/04 | AMOUNT OF FUNDS RETURNED *(Write out)* Zero | $ 0.00 |
|---|---|---|---|
| SPECIAL AGENT'S SIGNATURE | DATE 02/21/04 | AMOUNT OF FUNDS EXPENDED *(Write out)* Five Thousand Dollars | $ 5,000 |

## PART V – FLASHROLLS/EMERGENCY EXPENSE FUNDS

| SPECIAL AGENT IN CHARGE (Reviewed by) | | DATE |
|---|---|---|
| CHIEF, SPECIAL OPERATIONS DIVISION (Approved by) | | DATE |

ATF F 3251.3 (3-98) (Formerly ATF F 3220.3, which may still be used)

COPY 2 - FIELD OFFICE INVESTIGATIVE CASE FILE

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF EXPENDITURES**
*(For Investigative Purposes)*

**INVESTIGATION NUMBER**
████████

(A1F)

TO:     AGENT CASHIER
        BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
        New York                                    , FIELD DIVISION

**SUB-VOUCHER NUMBER**
████████

| | ITEMIZATION | |
|---|---|---|
| **DATE** | **EXPLANATION OF EXPENDITURE**<br>*(Explain exact nature of EXPENDITURE and results achieved; describe evidence purchased, including persons involved and any other pertinent remarks.)* | **TOTAL EXPENDED** |
| 02/21/04 | Agent Cashier Funds in the amount of Five Thousand Dollars was expended for ATF CI-108 reward. see attached ATF F 3200.13. | $5,000.00 |

| | |
|---|---|
| **TOTAL OF ABOVE EXPENDITURES** | $5,000.00 |
| **TOTAL OF ALL AGENT CASHIER EXPENDITURES TO DATE** | $7,582.72 |

| | |
|---|---|
| SPECIAL AGENT<br>Andrew N. Boss | DATE<br>02/21/04 |
| GROUP SUPERVISOR OR RESIDENT AGENT IN CHARGE *(Approved by)*<br>John McKenna | DATE<br>02/21/04 |
| SPECIAL AGENT IN CHARGE *(Reviewed by)*<br>William G. McMahon | DATE |

ATF F 3251.2A  (2-97)  (Formerly ATF F 3220.2A, which may still be used)          COPY 2 - FIELD OFFICE INVESTIGATIVE CASE FILE

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# APPLICATION AND PUBLIC VOUCHER FOR REWARD

I,  Charles Melvin                                      , submit to the Division Director,  New York
        (Name of Claimant)
Field Division, through his/her representative,   Special Agent Andrew Boss                                    information concerning
                                                        (Name, Title and Field Office)
violations within the jurisdiction of the Bureau of Alcohol, Tobacco and Firearms, in accordance with laws and regulations for this original information,
furnished on the 26      day of  January     , 20 04    . I was not an employee of the Department of the Treasury at the time I came into
possession of the information nor at the time I divulged it.  Under penalties of perjury, I declared that I have examined this application, including my
accompanying statements, if any, and to the best of my knowledge and belief, it is true, correct, and complete.

Charles Melvin    *Charlie Melvin*                                    2-1-04
                (Signature of Claimant)                              (Date)

Justification for payment:  *(State information supplied; type and magnitude of violation; name(s) of person(s) arrested, seizures made, and other pertinent information which will substantiate and support the recommended reward.)*
RE: ████████████████████████████████████████████████████████████████

Charles Melvin, acting as a Confidential Informant, ████████ was instrumental in the successful investigation and prosecution of these individuals.

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

(Continue On Reverse)

| | FIELD OFFICE | DATE | AMOUNT RECOMMENDED |
|---|---|---|---|
| SPECIAL AGENT (Signature) | New York IV | 2-9-04 | $5,000 |
| RECOMMENDED APPROVAL BY | | DATE | AMOUNT |
| GS/RAC (Signature)    JOHN McKENNA | | 2-9-04 | $5,000 |
| APPROVED BY | | | |
| DIVISION DIRECTOR (Signature)    Jim Needler | | 2-18-04 | $5,000.00 |
| DEPUTY ASSISTANT DIRECTOR (FIELD OPERATIONS) (Signature) (If required) | | | |
| IN | ACCOUNTING CLASSIFICATION | CHECK NUMBER | |

ATF F 3200.13  (12-98)  PREVIOUS EDITIONS ARE OBSOLETE

**JUSTIFICATION FOR PAYMENT** *(Continued)*

It is recommended a reward to _____ be provided to Charles Melvin.

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# PAYMENT RECEIPT FOR INVESTIGATIVE EXPENSES, INFORMATION, AND/OR TREASURY CHECK

| DATE RECEIVED | RECEIVED FROM (Name and Title) |
|---|---|
| 2/21/04 | Andrew Ross |

| AMOUNT RECEIVED | AMOUNT RECEIVED (Written in Words) | | |
|---|---|---|---|
| $ 5,000 | Five Thousand | AND | 00/100 |

**METHOD OF PAYMENT**

☒ CASH  ☐ CHECK  ☐ MONEY ORDER

**IF CHECK OR MONEY ORDER, SHOW NUMBER AND OTHER IDENTIFYING DATA**

CI Reward   approved by
ASAC Needles

**INVESTIGATIVE EXPENSES**

☒ SUBSISTENCE  ☐ OPERATING EXPENSES  ☐ MISC. EXPENSES

**CASE NUMBER**

▮▮▮▮▮▮▮▮

**RECEIVER'S PRINTED NAME AND SIGNATURE**

x Charles Melvin   Charlie Melvin

**WITNESS (Name and Title)**

Donald Campbell   x   Donald Campbell

F F 3251.1 (10-96)  PREVIOUS EDITION IS USEABLE