# EXHIBIT E

# ATF Subsistence for Charles Melvin

3/27/02 – $150.00                    3/29/02- $150.00


04/01/02- $110.00                    04/02/02- $100.00

04/05/02- $200.00                    04/09/02- $220.00


04/12/02- $100.00                    04/17/02- $153.00


04/19/02- $200.00                    04/22/02- $200.00


04/26/02- $260.00


05/01/02- $100.00                    05/03/02- $200.00

05/06/02- $100.00                    05/03/02- $200.00

05/10/02- $200.00                    05/13/02- $100.00

05/22/02- $100.00


06/03/02- $400.00                    06/06/02- $200.00

06/07/02- $200.00                    06/14/02- $400.00

06/21/02-$400.00


07/01/02- $400.00                    07/09/02- $400.00

07/29/02- $100.00

3502-Z

10/11/02- $200.00          10/20/02- $200.00

10/24/02- $3000.00 (Relocation Expense)

10/31/02- $300.00

11/15/02- $115.00

11/26/02- $600.00

12/02/02- $200.00

01/11/03- $206.06

02/15/03- $197.00

05/13/02- $197.00

06/11/03- $200.00

07/01/03- $220.00

08/04/03- $197.00

10/01/03- $220.00