# EXHIBIT F

## *Section 6:*    *EWAP REQUEST FORM*

SENSITIVE -- LIMITED OFFICIAL USE

---

## EMERGENCY WITNESS ASSISTANCE PROGRAM REQUEST

Request Date _November 12, 2002_ USAO Case# _2002R00700_ V/W Coord Assigned _____
Requesting AUSA _Teresa Pesce/Glenn Colton_ Section _White Plains_ Phone#_
_9114-993-1936_
Agent/Officer _Andrew Boss, ATF_____ Inv Agency Case#_____
Case Name _USAO number is for witness' case.  He is a witness in multiple cases_____
Witness Name __Charles Melvin_____
Witness Aliases _Flip_____ FBI/Other#__184310JA7_____

---

## PROPOSED SERVICES

Description of Services:          Melvin will testify both before the grand Jury
and at several trials.  He is scheduled to go before the grand jury on
November 14, 2002.  He will testify in the case of US v. Deshawn
Ferrell, et al., an indicted case where the trial date has not yet been
set.  As he and his family members have received threats, it is
necessary to move him out of the jurisdiction to insure his and his
family's safety.

Estimated Cost $ _5,100_ Anticipated Service Dates: Start _11/6/02_ End _12/6/02_

Name and relationship to witness of all other family/household members who
would also receive services:

_Charles Melvin    wife    and three children_____

3502-U

*Emergency Witness Assistance Program Manual*



# Section 6:   EWAP REQUEST FORM

REDACTED

# Section 6:    EWAP REQUEST FORM

REDACTED

## EMERGENCY WITNESS ASSISTANCE PROGRAM

## ACKNOWLEDGMENT FORM

I, __Charles Melvin__, understand that as a result of my cooperation and/or pending testimony for the United States Attorney's Office for the ___SDNY___, I may be in danger.

All of the terms and conditions of the Emergency Witness Assistance Program have been explained to me by __Wendy Olsen__ of the United States Attorney's Office, and I fully understand these terms and conditions and what services may be available to me.

I understand that any assistance given to me through the Emergency Witness Assistance Program does not constitute protection and that my family and I may still be in danger.

I understand that I retain the responsibility to meet any release conditions imposed on me by a court and that I must continue to meet any other court obligations.

I understand that I must continue to abide by any child custody, child visitation, and child support obligations imposed on me by any court.

I will be responsible to pay for any damage to property that I cause when I am staying in a place for which the United States Attorney's Office is providing funds.

3502-V

Date: __11/14/02__        _Charlie Melvin_
                          Witness's Signature

Date: __11/14/02__        Witnessed by: _____ ATF
                          Assistant United States Attorney or
                          Victim-Witness Coordinator

$2,520.00
1,1

## *Section 7:*   *DECLINATION FORM*

### EMERGENCY WITNESS ASSISTANCE PROGRAM

### DECLINATION FORM

I, __*Charles Melvin*__, understand that as a result of my cooperation and/or pending testimony for the United States Attorney's Office for the
_____*SONY*_____, my life may be in danger.

I understand that I may be eligible for relocation and protection by the United States Marshal's Service and that my family can also be relocated and protected.

I have been offered the option of applying to the Witness Security Program with the understanding that, if accepted into that program, the United States Marshal's Service would provide me with relocation and protection. I hereby decline to apply for that program.

I understand the danger to me and my family if I do not accept protective services.

_____11/14/02_____
Date

_*Charlie Melvin*_____
Signature

Date:_____11/14/02_____

Witnessed by: _____*[signature]* ATF_____
Assistant United States Attorney or
Victim-Witness Coordinator

3502-W


$2,520

## Section 8:    *ACKNOWLEDGMENT FORM*

### EMERGENCY WITNESS ASSISTANCE PROGRAM

### ACKNOWLEDGMENT FORM

I, _Charles Melvin_ , understand that as a result of my cooperation and/or pending testimony for the United States Attorney's Office for the _Southern District of NY_, that I may qualify for assistance under the Emergency Witness Assistance Program.

All of the terms and conditions of the Emergency Witness Assistance Program have been explained to me by _Teresa Pesce /Wendy Olsen-Clancy_ of the United States Attorney's Office, and I fully understand these terms and conditions and what services may be available to me.

I understand that any assistance given to me through the Emergency Witness Assistance Program does not constitute protection for me, my family, or anyone else.

I understand that I retain the responsibility to meet any release conditions imposed on me by a court and that I must continue to meet any other court obligations.

I understand that I must continue to abide by any child custody, child visitation, and child support obligations imposed on me by any court.

I will be responsible to pay for any damage to property that I cause when I am staying in a place for which the United States Attorney's Office is providing funds.

Date: _11/6/82_

_____
Signature

Date: _11/6/02_

Witnessed by: _____ ATF
Assistant United States Attorney or
Victim-Witness Coordinator

3502-X

$980

## Section 7:          *DECLINATION FORM*

### EMERGENCY WITNESS ASSISTANCE PROGRAM

### DECLINATION FORM

I, <u>Charles Melvin</u>, understand that as a result of my cooperation and/or pending testimony for the United States Attorney's Office for the <u>Southern District of New York</u>, my life may be in danger.

I understand that I may be eligible for relocation and protection by the United States Marshal's Service and that my family can also be relocated and protected.

I have been offered the option of applying to the Witness Security Program with the understanding that, if accepted into that program, the United States Marshal's Service would provide me with relocation and protection. I hereby decline to apply for that program.

I understand the danger to me and my family if I do not accept protective services.

_____11/06/02_____
Date

_____
Signature

Date:___11/06/02_____

Witnessed by_____
Assistant United States Attorney or
Victim-Witness Coordinator

*Emergency Witness Assistance Program Manual*