November 16, 2010

**BY US MAIL**
United States District Court
Southern District of New York
Hon. Lisa Margaret Smith
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601



R.E.   Donald Roth v. United States
       09 Civ. 8712, 02 Cr. 1503 (SCR)(LMS)

Dear Judge Smith,

    I write in regard to the above-entitled actions in which I am the defendant-plaintiff, proceeding pro se, In Forma Pauperis and incarcerated in the Federal Bureau of Prisons.

    Please treat this letter as a motion pursuant to Fed. R. Civ. Proc. 5.2(d) to issue an order directing the Clerk of the Court to seal entries #213 and #218 on docket 02 Cr. 1503 because they are not related to that action, contain private information about self which if known to the Bureau of Prisons inmate population would subject me to potential harm. Please direct the Clerk of the Court to file unredacted copies in the vault, under seal.

    Please also direct the Clerk of the Court to file this letter under seal for the same reasons and grounds as set forth in the preceding paragraph.

    Thank you for your consideration.

Respectfully,

By: _____
FCI Sandstone
Donald Roth, 83933-054 K1
POB 1000
Sandstone, MN 55072

cc.   Hon. George B. Daniels
      (by mail)
      Benjamin Allee, AUSA
      (by mail)

---

*Handwritten order:*

09 Civ. 8712 #215 in 02cr1503. By Order dated 10/29/09, docket #215, the Honorable Stephen C. Robinson denied the relief sought herein. No reason has been offered to support reargument of that application. SO ORDERED. Lisa Margaret Smith, USMJ 12-12-10