McMahon J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

7:02-cr-01503 (CM-LMS)

Raymond Bryant, et. al.
　　　　　　　　　　Defendants.

## WITHDRAWAL OF NOTICE OF APPEARANCE OF GLENN C. COLTON

　　　　PLEASE TAKE NOTICE that the undersigned counsel, Glenn C. Colton, hereby withdraws his appearance on behalf of the United States of America in the above captioned action because he is no longer affiliated with the United States Attorney's Office by whom the United States of America is represented. Please remove the undersigned from the docket and all service lists in this matter.

Dated: December 7, 2010

Glenn C. Colton (GCC 2493)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: (212) 398-5797
Fax: (212) 768-6800

So Ordered    USDJ

DATED: 12/9/10