June 3, 2011

RECEIVED JUN 10 2011
HON. LISA MARGARET SMITH
U.S.M.J.

By U.S. Mail
United States District Court
Southern District of New York
Hon. Lisa Margaret Smith
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

   R.E.: Donald Roth v. United States
     09 Civ. 8712 (GBD/LMS); 02 Cr. 1503 (CM/LMS)

Dear Judge Smith,

  I write in regard to the above entitled actions in which I am the petitioner-defendant, proceeding pro-se, In Forma Pauperis, and incarcerated in the Federal Bureau of Prisons ("BOP"), housed in the segregated housing unit ("SHU").

  On the grounds and for the reasons that follow, I respectfully request that the Court issue an order as follows:
  One, the Clerk of the Court is directed to mail the petitioner-defendant copies of the following docket entries:
   (A) 09-CV-8712;
    (1) #1  §2255 motion;
    (2) #28 Reply Memorandum;
   (B) 02-Cr. 1503;
    (1) #223 §2255 amended motion;
    (2) #229 memorandum in support;

two; the petitioner-defendant is granted leave to file any written responses/objections, to any findings and recommendations of the magistrate, within forty-five (45) days after being served with a copy of the recommended disposition, pursuant to F. R. Civ. P. 6(b)(2)(A); 72(d);

Three, the Clerk of the Court is directed to mail the petitioner-defendant, a copy of the Southern District of New York Local Rules, and Individual Practice Rules of the District and Magistrate Judges assigned to the actions ~~mail~~

Four, the Clerk of the Court is directed to, pursuant to F. R. Civ. P. 5.2(d), seal the following docket entries, inclusive of this letter-motion;

(a) 09-Cv-8712;
 (1) #22, #23
(b) 02-Cr. 1503;
 (1) #213, #218, #250, #257; ~~and~~

Five, the Clerk of the Court is directed to mail the petitioner-defendant a copy of this letter-motion and attached exhibits and provide the government with same; and

Six, such other and additional relief as this Court deems just and equitable.

Argument

1) I was placed in "protective custody" in SHU, on April 19, 2011, and am on "Cell-Alone" status, because of threats to my safety by inmates. Ex A2;

2) In SHU, I am suffering from multiple, non-union, remote rib fractures, unhealed after two and one-half years, caused by a chronic cough from post-nasal drip and allergies, causing severe pain and difficulty concentrating. Ex A1;

3) The BOP, between April 19, 2011 and present, cannot locate the documents referred to in relief section (1)(a-b) above, ~~illegible~~, previously located in several legal boxes in my property, and necessary to refer to in support or opposition to any recommended disposition by the Magistrate pursuant

5) Because in SHU, and as a result of my rib injury, I don't have access to a copier, will require additional time to respond to any future recommended disposition by the Magistrate, and need a copy of this letter-motion and exhibits. I only see my "Unit-Team" once every seven days (sometimes more), only they can make copies on my behalf, and that process can take in excess of fourteen days, as a rule of thumb.

6) The inmates who threatened my safety, through contacts on the "street", can access the documents I am requesting be sealed, through www.PACER.gov, for instance, or the Clerk of the Court. These documents contain requests to cooperate with the government in unrelated matters, and will subject me to additional risks while incarcerated.

Respectfully) Thank You for your consideration.

Respectfully,

FCI Sandstone
Donald Roth, 83933-054 SHU
P.O. Box 1000
Sandstone, MN 55072

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ROTH, DONALD | | | Reg #: | 83933-054 |
|---|---|---|---|---|---|
| Date of Birth: | 04/02/1969 | Sex: M | Race: WHITE | Facility: | SST |
| Note Date: | 04/06/2011 13:23 | Provider: | Harvey, Paul MD, RMD | Unit: | K11 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE 1**     **Provider:** Harvey, Paul MD, RMD
      Need to cancel CXR Request from yesterday 4/5/2011.

**Discontinued Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Ribs-General | One Time | | 04/09/2011 | Today |

    Specific reason(s) for request (Complaints and findings):
       TO INCLUDE OBLIQUES. RT LAT MID AXILLARY CREPITATION AND PAIN OBLIQUES REQUESTED ON FORMAL READ. ** See below**

*Charet Review done by me on 4/9/2011. Additional CXR's are not medically indicated. The inmate has multiple non-union remote rib fractures which will not heal now two years after the injury. PTH, MD, CD 4/6/2011.*

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Harvey, Paul MD, RMD on 04/06/2011 13:28



# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ROTH, DONALD | | | Reg #: | 83933-054 |
|---|---|---|---|---|---|
| Date of Birth: | 1969 | Sex: M | Race: WHITE | Facility | SST |
| Note Date: | 04/28/2011 15:48 | Provider: | Harvey, Paul MD, RMD | Unit: | Z01 |

Consultation encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**        **Provider:** Harvey, Paul MD, RMD

~~[redacted]~~

    The inmate is now in the Special Housing Unit for Protective Custody suspected threats to his person from other inmates on the Compound because of his suspected and alleged legal activities as a former attorney.

    The investigation is on-going.

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Harvey, Paul MD, RMD on 04/28/2011 15:52

