UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

DONALD ROTH,                                  :

       Petitioner,                              :         ORDER

       -against-                                   :         09 Civ. 8712 (GBD)(LMS)
                                                                        02 Cr. 1503 (CM)(LMS)
UNITED STATES OF AMERICA,           :

       Respondent.                             :

-----------------------------------------------------------x

**Lisa Margaret Smith, U.S.M.J.**

    The Court is in receipt of a letter motion from Petitioner dated June 22, 2011 (Docket # 32 in 09 Civ. 8712, Docket # 262 in 02 Cr. 1503), in which he seeks an order (1) directing the Clerk of the Court to send him copies of (a) six documents from the court file in 02 Cr. 1503 (## 215, 223, 229, 248, 249, and 258), and (b) the Local Rules of the Southern District of New York; and (2) allowing him to file papers with the Clerk of the Court without having to file a certificate of service and without having to serve them upon Respondent.

    The Court decides the motion as follows:

    (1) Petitioner's request for copies of documents from the court file is denied without prejudice to renew, since Petitioner notes in his letter that he might be transferred to another facility within the next 45 days, and he nowhere states that his legal files have been lost, only that he does not currently have access to them;

    (2) Petitioner's request that he receive a copy of the Local Rules is denied without prejudice to renew upon Petitioner's specification of which particular Local Rules he needs copies of and why; and

(3) Petitioner's request that he be permitted to file documents with the Clerk of the Court without serving them upon Respondent is denied.

The Clerk of the Court is directed to terminate Docket # 32 in 09 Civ. 8712 and Docket # 262 in 02 Cr. 1503.

Dated: July 11, 2011
 White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

Copies of this Order have been sent to:

Donald Roth, Petitioner
#83933054 K1
FCI Sandstone
Post Office Box 1000
Sandstone, MN 55072

Benjamin Allee
Assistant United States Attorney
Office of the United States Attorney
Charles L. Brieant, Jr. Fed. Bldg. & U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601