CHANGE OF ADDRESS

July 25, 2011

By U.S. Mail
United States District Court
Southern District of New York
Hon. Lisa Margaret Smith
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

RECEIVED
JUL 18 2011
HON. LISA MARGARET SMITH
U.S.M.J.

R.E. Donald Roth v. United States
02 Cr. 1503 (CM/LMS); 09 Cr. 8712 (9BD/LMS)

Dear Judge Smith,

I write in regard to the above-entitled actions in which I am the defendant, proceeding pro-se, In Forma Pauperis; and incarcerated in the BOP.

Please be advised that I am no longer being housed at FCI Sandstone and am in transit to another institution, in the custody of the U.S. Marshal, without access to mail.

Please issue an order staying this action pending my arrival at the new institution, and also directing the Clerk of the Court to notify all parties.

Thank you for your consideration.

New address

Respectfully,

FCI Sandstone
Donald Roth, 83933-054 SHU
P.O. Box 1000
Sandstone, MN 55072

Federal Medical Center
FMC Rochester
Donald Roth 83933054
P.O. Box 4000
Rochester, MN 55903

CC. Benjamin R. Allee, AUSA (by mail)