

41248

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM

**TO:**     Honorable Loretta A. Preska
            Chief U. S. District Judge

**FROM:**   Scott M. Long
            Supervisory U. S. Probation Officer
            Middletown

**RE:**     ROTH, Donald
            Dkt. No. 02 CR 1503-2

**DATE:**   February 13, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-14-13

### REQUEST FOR RE-ASSIGNMENT OF JUDICIAL OFFICER

Reference is made to Donald Roth, who was originally sentenced in the Southern District of New York on May 15, 2008, by the Honorable Stephen C. Robinson, U. S. District Judge, to a sixty(60) month term of imprisonment, followed by three(3) years supervised release subsequent to his conviction for Conspiracy o Commit Witness Tampering and of Justice( 18 USC 371{18 USC 1503 &1512}).  Roth was released from the confinement portion of his sentence on December 31, 2012, to the Southern District of New York.

Considering that Judge Robinson no longer sits on the bench in this Court, we are respectfully requesting that Roth's case be re-assigned to another judicial officer, preferably in White Plains, so that any further matters regarding this case can be brought to his/her attention.

Thank you for your assistance with this matter.  Please contact the undersigned at (845)342-5413 should you have any questions.

*Please reassign to a judge in White Plains.*

SO ORDERED

*Loretta A. Presky*

**ROTH, Donald**
**Page 2**                                                              **02CR1503-2**


Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By:

Scott M. Long
Supervisory U.S. Probation Officer
(845)342-5413


sml
enclosures
1. Pre-Sentence Report
2. Judgement