

41248

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-13

**TO:**    Honorable Loretta A. Preska
           Chief U. S. District Judge

**FROM:**  Scott M. Long
           Supervisory U. S. Probation Officer
           Middletown

**RE:**    ROTH, Donald
           Dkt. No. 02 CR 1503-2

**DATE:**  February 13, 2013

### REQUEST FOR RE-ASSIGNMENT OF JUDICIAL OFFICER

Reference is made to Donald Roth, who was originally sentenced in the Southern District of New York on May 15, 2008, by the Honorable Stephen C. Robinson, U. S. District Judge, to a sixty(60) month term of imprisonment, followed by three(3) years supervised release subsequent to his conviction for Conspiracy to Commit Witness Tampering and of Justice( 18 USC 371{18 USC 1503 &1512}).  Roth was released from the confinement portion of his sentence on December 31, 2012, to the Southern District of New York.

Considering that Judge Robinson no longer sits on the bench in this Court, we are respectfully requesting that Roth's case be re-assigned to another judicial officer, preferably in White Plains, so that any further matters regarding this case can be brought to his/her attention.

Thank you for your assistance with this matter.  Please contact the undersigned at (845)342-5413 should you have any questions.

**ROTH, Donald**  02CR1503-2
Page 2

                    Respectfully submitted,

                    Michael J. Fitzpatrick
                    Chief U.S. Probation Officer

By: _____
                    Scott M. Long
                    Supervisory U.S. Probation Officer
                    (845)342-5413

sml
enclosures
1. Pre-Sentence Report
2. Judgement

*[Handwritten:]* This matter shall be reassigned to a district judge in White Plains.

February 20, 2013

**SO ORDERED**

_____
Loretta A. Preska
UNITED STATES DISTRICT JUDGE