UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
Donald Roth
                                    :
-v-
                                    :           **ORDER**
USA
                                    :
                                            09cv8712 (GBD)
                                    :           Docket #
------------------------------------x

  According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Southern District of New York's Criminal Justice Act Panel to represent the defendant,

  IT IS HEREBY ORDERED that Michael Marinaccio, a member of the Eastern District of New York's Panel, is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

SO ORDERED:

_____    2/11/13
UNITED STATES MAGISTRATE JUDGE        DATED

_____    2/19/13
UNITED STATES CHIEF DISTRICT JUDGE    DATED